UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

**FILED**

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AHSANULLAH PIRZAI
Camp Delta
Washington, D.C. 20355

      Petitioner

v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

      Respondents

Leave to file without
Prepayment of Cost **GRANTED**

*[signature: Ricardo M. Urbina]*

Civil Action No.

CASE NUMBER  1:05CV01242

JUDGE: Royce C. Lamberth

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T02248

**In the name of ALLAH the compassionate, the merciful**

I AHSANULLAH PIRZAI number xxx would like to forward my non-guilty plea to American court. I am an innocent man.

Why the American tribunal considered me an enemy combatant?

I am a friend of the Americans and I am ZAHER SHAH'S man. (TN:The ex king of Afghanistan)

Up to now, I have never done anything against the Americans, and did not harm the Americans in any way and I would not do so. I am an oppressed and poor individual and I ask for my release.

Another thing that I would like to say is, anyone's misfortune does not make me happy.

05/03/2005