DETAINEE _____
CAMP DELTA
Washington, DC 20353
USA

EFB 05 05
Pashto 1/16

| SENDER | TO: | |
|---|---|---|
| NAME (Last, first, MI) PEERZAI, QARI HASAN ULLA | | **FILED** |
| INTERNMENT SERAL NUMBER JJJEFB | STREET | JUN 2 2 2005 |
| DATE AND PLACE OF BIRTH | CITY | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| NAME OF CAMP  GTMO | COUNTRY | |
| COUNTRY WHERE POSTED | PROVINCE OR DEPARTMENT | 05 1242 |

DA FORM 2668, JAN 2004

| N-2005-T 02248 | POST CARD For use of this form, see AR 190-8; the proponent agency is PMG. | DATE |
|---|---|---|
| LANGUAGE | | POWER SERVED |

**WRITE BETWEEN LINES AND AS LEGIBLY AS POSSIBLE**

بسم الله الرحمن الرحیم
562
احتراما زه احسان الله پیرزی په دغه لمبر سری د امریکا و حکمی ته —
عریضه ویا لیک کوم چی زه بی کناه یم او زه یو مظلوم سړی یم. ولی
د امریکا ظالمی محکمی زه جنگی دښمن بللی یم. زه د امریکائیانو —
دوست یم او د ظاهرشاه د نفر یم.   او ما د امریکائیانو پرضد تراوسه
پوری هیچ اقدام نه دی کړی و امریکائیانو ته هیچ تاوان نه دی
رسولی. او نه ئی هم رسوم. زه یو مظلوم. بی چاره سړی یم ما دی ایلا کړی
او بله شبره د اکوم چی زه د هیچا په ضرر ۵ نه یم څوئیږ

DA FORM 2668, JAN 2004