# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| )<br>)<br>)<br>*In re* Guantanamo Detainee Cases )<br>)<br>)<br>) | **Civil Action Nos.** |

| | | |
|---|---|---|
| 05-CV-1008 | 05-CV-1013 | 05-CV-0884 |
| 05-CV-0890 | 05-CV-1241 | 05-CV-1487 |
| 05-CV-1000 | 05-CV-1235 | 05-CV-0997 |
| 05-CV-1490 | 05-CV-0889 | 05-CV-1237 |
| 05-CV-1001 | 05-CV-1012 | 05-CV-0880 |
| 05-CV-0882 | 05-CV-0885 | 05-CV-1243 |
| 05-CV-0995 | 05-CV-0878 | 05-CV-1311 |
| 05-CV-1244 | 05-CV-0888 | 05-CV-1238 |
| 05-CV-0892 | 05-CV-1242 | 05-CV-1492 |
| 05-CV-1240 | 05-CV-0994 | 05-CV-1009 |
| 05-CV-1233 | 05-CV-1239 | 05-CV-1310 |
| 05-CV-1010 | 05-CV-1312 | 05-CV-1236 |
| 05-CV-0887 | 05-CV-0881 | 05-CV-1246 |
| 05-CV-1491 | 05-CV-0877 | 05-CV-0996 |
| 05-CV-1011 | 05-CV-0886 | 05-CV-1002 |
| 05-CV-1234 | 05-CV-0998 | 05-CV-0993 |
| 05-CV-1489 | 05-CV-0891 | 05-CV-0879 |
| 05-CV-0883 | 05-CV-1493 | 05-CV-0999 |

## ORDER

In the interest of facilitating the appointment of counsel in the above-captioned cases,

pursuant to the agreement of the Judges of this Court acting in Executive Session, September 13,

2005, it is hereby

ORDERED that the Federal Defender Offices listed on the attached schedule are appointed to represent the petitioners in the respective cases, and that the individual attorneys from the Federal Defender offices who will represent the petitioners in each case shall file a notice of appearance and, pursuant to LCvR 83.2(e), shall be allowed to appear in this Court as employees of the United States. Attorneys so appointed shall, pursuant to LCvR 5.4(b), obtain a CM/ECF password from the Clerk in order to file documents with the Court or to receive copies of opinions and orders of the Court.

**SO ORDERED.**


October 5, 2005                                             _____/s/_____

                                                            Thomas F. Hogan
                                                            Chief Judge