# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# (WASHINGTON, DC)

AHSANULLAH PIRZAI,                  :

      Petitioner,               :        Case No.  1:05-cv-01242

vs.                                 :        JUDGE LAMBERTH

GEORGE W. BUSH,                     :

      Respondent.               :

## NOTICE OF APPEARANCE

Steven S. Nolder, Acting Federal Public Defender for the Southern District of Ohio, accepts appointment as counsel in the above referenced case and informs the Court that Assistant Federal Public Defender Alan J. Pfeuffer will represent Petitioner.

/s/ Alan J. Pfeuffer
Alan J. Pfeuffer   (0071974)
Assistant Federal Public Defender
One Columbus
10 West Broad Street, Suite 1020
Columbus, Ohio  43215-3469
(614) 469-2999
Alan_Pfeuffer@fd.org

Attorney for Petitioner
Ahsanullah Pirzai

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Notice of Appearance was electronically served upon Preeya M. Noronha, Department of Justice, 20 Massachusetts Avenue, NW, Room 7226, Washington, DC 20530, this 7th day of November, 2005.

/s/   Alan J. Pfeuffer
Alan J. Pfeuffer   (0071974)
Assistant Federal Public Defender

Attorney for Petitioner
Ahsanullah Pirzai