IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Al Marri v. Bush | ) | Case No. 04-CV-2035 (GK) |
| Al Adahi v. Bush | ) | Case No. 05-CV-0280 (GK) |
| Al Joudi v. Bush | ) | Case No. 05-CV-0301 (GK) |
| Alhami v. Bush | ) | Case No. 05-CV-0359 (GK) |
| Mohammed v. Bush | ) | Case No. 05-CV-1347 (GK) |
| Dhiab v. Bush | ) | Case No. 05-CV-1457 (GK) |
| Ali Ahmed v. Bush | ) | Case No. 05-CV-1678 (GK) |
| Pirzai v. Bush | ) | Case No. 05-CV-1242 (RCL) |
| Peerzai v. Bush | ) | Case No. 05-CV-1243 (RCL) |
| Ullah v. Bush | ) | Case No. 05-CV-1311 (RCL) |
| Ahmad v. Bush | ) | Case No. 05-CV-1492 (RCL) |
| Al Wirghi v. Bush | ) | Case No. 05-CV-1497 (RCL) |
| Attash v. Bush | ) | Case No. 05-CV-1592 (RCL) |
| Al Subaie v. Bush | ) | Case No. 05-CV-2216 (RCL) |

_____

**NOTICE OF WITHDRAWAL OF RESPONDENTS' MOTION FOR
PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE
MATERIALS AND REQUEST FOR EXPEDITED BRIEFING**

Respondents hereby withdraw their Motion For Procedures Related To Review Of Certain Detainee Materials And Request For Expedited Briefing, filed in the above-captioned cases on July 7, 2006. Consistent with the need to conclude the investigation of the Naval Criminal Investigative Service into the circumstances of the three detainee suicides that occurred

at the U.S. Naval Base at Guantanamo Bay, Cuba, on June 10, 2006, respondents intend to proceed with review of the impounded detainee materials described in the motion shortly. Such review will be conducted by a Filter Team consistent with the procedures explained in respondents' motion and proposed order. Use of the procedures described therein has been upheld or permitted (without endorsement) pursuant to the decisions of Judges James Robertson and Richard J. Leon in scores of other Guantanamo Bay detainee cases.[1]  *See Hicks v. Bush*, 452 F. Supp. 2d 88 (D.D.C. 2006) (Robertson, J.); *Boumediene v. Bush*, 450 F. Supp. 2d 25 (D.D.C. 2006) (Leon, J.).

Dated: August 13, 2007                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

       */s/ Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
JEAN LIN
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice

---

[1] Respondents' motion filed in the seven above-captioned cases assigned to Judge Lamberth was transferred to Judge Robertson for handling and decision by Order dated September 28, 2006.

Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents